# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CALSEP, INC. AND CALSEP A/S | § | |
| | § | |
| v. | § | |
| | § | |
| INTELLIGENT PETROLEUM | § | |
| SOFTWARE SOLUTIONS, LLC, | § | CIVIL ACTION NO. 4:19-CV-01118 |
| ASHISH DABRAL, INSIGHTS | § | |
| RESERVOIR CONSULTING, LLC, | § | |
| PASHUPATI SAH, and BRIGHT | § | |
| PETROLEUM SOFTWARE SOLUTION, | § | |
| LLP | | |

## DECLARATION OF ALEXIS J. GOMEZ

I, Alexis J. Gomez, declare as follows:

1.  My name is Alexis J. Gomez.  I am over the age of 18, and I am fully competent to make this declaration. I am an attorney with the law firm of Hunton Andrews Kurth LLP and I am one of the attorneys representing Plaintiffs Calsep, Inc. and Calsep A/S ("Calsep") in the above-captioned litigation.

2.  As of August 12, 2020, Defendant Pashupati Sah has not responded to any of the interrogatories and requests for production propounded by Plaintiffs in this case.

3.  Additionally, Defendant Pashupati Sah has not provided Calsep, nor its counsel, the external storage devices which the Court ordered to be produced to me.

4.  Finally, Defendant Pashupati Sah has not provided Calsep with any documents or other production after the Court entered its August 3, 2020 order compelling production.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 12, 2020 in Houston, Texas.

_____
Alexis J. Gomez