United States District Court
Southern District of Texas
**ENTERED**
December 09, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CALSEP, INC. and CALSEP A/S,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:19-cv-1118** |
| | § | |
| **INTELLIGENT PETROLEUM SOFTWARE** | § | |
| **SOLUTIONS, LLC, *et al*,** | § | |
| | § | |
| **Defendants.** | | |

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

Pending before the Court is Plaintiff's Motion for Sanctions against Defendant Pashupati

Sah. (Docs. 238, 249). Plaintiff has also filed supplemental evidence in support of the Motion.

(Docs. 260, 261). The pending Motion had been referred to Magistrate Judge Dena Hanovice

Palermo for a report and recommendation. On November 18, 2020, Judge Palermo issued the

Report and Recommendation on Plaintiff's Motion (Doc. 274), recommending that the Motion

for Sanctions be denied without prejudice. The time for filing objections has passed,

and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and

Recommendation for clear error. Finding no clear error, the Court adopts the Report and

Recommendation in its entirety. Accordingly, Plaintiff's Motion for Sanctions (Docs. 238, 249)

is hereby **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of December, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE