United States District Court
Southern District of Texas
**ENTERED**
August 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CALSEP, INC. AND CALSEP A/S § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:19-CV-01118 |
| § | |
| INTELLIGENT PETROLEUM § | |
| SOFTWARE SOLUTIONS, LLC, § | |
| ASHISH DABRAL, INSIGHTS § | |
| RESERVOIR CONSULTING, LLC, § | |
| PASHUPATI SAH, and BRIGHT § | |
| PETROLEUM SOFTWARE SOLUTION, § | |
| LLP § | |
| Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge's Report and Recommendation (Doc. 293) dated April 29, 2021, Defendants' objections to Magistrate Judge's Report and Recommendation (Doc. 294), Plaintiffs' Response to Defendants' objections to Magistrate Judge's Report and Recommendation (Docs. 295 & 296 (sealed)), the pleadings and evidence related thereto on file, and conducted a hearing on these issues, the Court, after *de novo* review, concludes that:

Defendants' objections to the Magistrate Judge's Report and Recommendation (Doc. 294) are **OVERRULED** and the Magistrate Judge's Report and Recommendation (Doc. 293) is hereby **ADOPTED** by the Court in its entirety.

**IT IS SO ORDERED**.

SIGNED this 6th day of August, 2021.

_____
The Honorable Keith P. Ellison
United States District Judge