United States District Court
Southern District of Texas
**ENTERED**
July 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CALSEP A/S, *et al.*, § § Plaintiffs, § § VS. § § INTELLIGENT PETROLEUM § SOFTWARE SOLUTIONS, LLC, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:19-CV-01118 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Defendants' motion for reconsideration of Doc. 304, adopting Report & Recommendation ("R & R"), Doc. 293. (Doc. 325.) On June 6, 2022, United States Magistrate Judge Dena Hanovice Palermo issued an R & R recommending that the motion be denied. (Doc. 337.) No objections were filed.

The Court agrees with the conclusions and reasoning of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **DENIES** Defendant's motion for reconsideration.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 1, 2022.

Keith P. Ellison
United States District Judge