United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **CALSEP A/S**, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-01118 |
| § § | |
| **INTELLIGENT PETROLEUM** § | |
| **SOFTWARE SOLUTIONS, LLC**, *et al.*, § § | |
| Defendants. § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Magistrate Judge's Report and Recommendation (Doc. 338) dated June 10, 2022, Defendants' objections to the Magistrate Judge's Report and Recommendation (Doc. 339), Plaintiffs' Response to Defendants' objections to the Magistrate Judge's Report and Recommendation (Doc. 340), and the pleadings and evidence related thereto on file, and conducted a hearing on these issues, the Court, after *de novo* review, concludes that:

Defendants' objections to the Magistrate Judge's Report and Recommendation (Doc. 339) are **OVERRULED**, and the Magistrate Judge's Report and Recommendation (Doc. 338) is hereby **ADOPTED** by the Court in its entirety.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 18, 2022.

_____
Keith P. Ellison
United States District Judge